1  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
2     wjohnson@mayerbrown.com
   J. Joann Liao, Esq. (SBN 227329)
3     jliao@mayerbrown.com
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA 94306-2112
5  Telephone:   (650) 331-2000
   Facsimile:   (650) 331-2060
6
   Attorneys for Defendant United Air Lines, Inc.
7
   Additional Counsel on Signature Page
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                         **SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| **MARK FOY**, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS and UNITED AIR LINES**,<br><br>                    Defendants. | Case No. 07-CV-06219-EDL<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**<br><br>The Honorable Elizabeth D. Laporte |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING
TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 07-CV-06219-EDL

1  Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff
4  Mark Foy ("Plaintiff") and defendants Northwest Airlines and United Air Lines, Inc.
5  (collectively, "Defendants"), through counsel, hereby stipulate and agree as follows:

6  IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move
7  or otherwise plead is enlarged until the later of:  (1) the date when the Defendants would
8  otherwise be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2)
9  45 days after the JPML grants, denies, or otherwise disposes of the pending motion.  If a
10 consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on
11 Defendants, Defendants' time to answer, move, or otherwise plead is enlarged until 45 days after
12 such service.

13 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept
14 service on behalf of the Defendants of the summons and complaints in the above-captioned
15 matter, including any amended or consolidated complaints, and further, that such Defendants
16 shall not contest sufficiency of process or service of process.  This Stipulation does not constitute
17 a waiver of any other defense including, but not limited to, the defenses of lack of personal or
18 subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate any
19 Defendant to answer, move, or otherwise respond to any complaint until the time provided in the
20 preceding paragraph.  The above notwithstanding, should any Defendant, except pursuant to
21 court order, respond to any complaint in a related matter filed in another United States District
22 Court prior to the date contemplated by this stipulation, then such Defendant shall make a
23 simultaneous response to the complaint in the above-captioned matter.
24 //
25 //
26 //
27 //
28
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING
TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 07-CV-06219-EDL

1    IT IS SO STIPULATED.

2

3    Respectfully Submitted,

4    Dated: December 20, 2007                MAYER BROWN LLP

5                                            By:    /s/ J. Joann Liao

6                                            MAYER BROWN LLP
                                             Two Palo Alto Square, Suite 300
7                                            3000 El Camino Real
                                             Palo Alto, CA 94306-2112
8                                            Telephone:    (650) 331-2000
                                             Facsimile:    (650) 331-2060
9

10                                           *Counsel for Defendant United Air Lines, Inc.*

11

12   Dated: December 20, 2007                BOIES, SCHILLER & FLEXNER LLP

13                                           By:    *Kenneth F. Rossman IV (by authorization)*

14                                           JOHN F. COVE, JR.
                                             KENNETH F. ROSSMAN IV
15                                           1999 Harrison St., Suite 900
                                             Oakland, CA 94612
16                                           Telephone: (510) 874-1000
                                             Facsimile: (510) 874-1460
17

18                                           *Counsel for Defendant Northwest Airlines*

19

20   Dated: December 20, 2007                GIRARD GIBBS LLP

21                                           By:    *Aaron M. Sheanin (by authorization)*

22                                           GIRARD GIBBS LLP
                                             601 California Street, 14th Floor
23                                           San Francisco, CA 94104
                                             Telephone: (415) 981-4800
24                                           Facsimile: (415) 981-4846

25
                                             *Counsel for Plaintiff*
26

27                                           ~~2~~
                         JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING
28                         TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
                                                 Case No. 07-CV-06219-EDL