| Attorney or Party without Attorney:<br>DANIEL C. GIRARD<br>GIRARD GIBBS LLP<br>601 CALIFORNIA ST., SUITE 1400<br>SAN FRANCISCO, CA 94108<br>Telephone No: 415 981-4800   FAX No: 415 981-4846<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.:<br>303 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: MARK FOY, ect.
Defendant: AIR NEW ZEALAND, et al.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6219 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint; Civil Cover Sheet; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Standing Order Re Case Management Conference; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Bofore A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. a. Party served:         UNITED AIRLINES
   b. Person served:       BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    2730 GATEWAY OAKS DRIVE
                                           SUITE 100
                                           SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 14, 2007 (2) at: 11:35AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED AIRLINES
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NANCY GRADDY                                          d. *The Fee for Service was:*
                                                            e. I am: (3) registered California process server
   First Legal Support Services                                 (i)  Independent Contractor
   ATTORNEY SERVICES                                            (ii) Registration No.:    04-010
   1814 "I" STREET                                              (iii) County:             Placer
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Dec. 19, 2007

   Judicial Council Form POS-010                PROOF OF SERVICE              (NANCY GRADDY)
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                    6389605.girgi-sf.103512