| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| GIRARD GIBBS LLP<br>601 CALIFORNIA ST<br>STE 1400<br>SAN FRANCISCO CA 94108<br>ATTORNEY FOR   PLAINTIFF | 415 981-4800<br><br>Ref. No. or File No. | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
FOY v. AIR NEW ZEALAND, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 192280 | | | | CV07-06219 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; EFC REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; US DISTRICT COURT SAN FRANCISCO OFFICE HOURS; DROP BOX FILING PROCEDURES; NOTICE OF ASSIGNMENT OF CASE; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

2. a. Party served:   AIR NEW ZEALAND
   b. Person served: JANET EDEN
                     Authorized to Accept
   c. Address: 1960 E GRAND AVE
               STE 900
               EL SEGUNDO CA 90245

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 12/17/07 (2) At: 12:20PM

5. Person serving: CARLOS EULLOQUI          Fee for service $      .00

APEX ATTORNEY SERVICES          d. Registered California process server
1055 WEST SEVENTH STREET        (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017           (2) Registration No. 3104
213-488-1500 FAX                (3) County: LOS ANGELES
                                (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 12/20/07                          >
                                        SIGNATURE