Christopher T. Casamassima (CA Bar No. 211280)
Email: ccasamassima@kirkland.com
**KIRKLAND & ELLIS LLP**
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680 8500

Attorneys for Defendant EVA Airways

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FOY, on behalf of himself and others similarly situated,<br><br>           Plaintiff(s),<br><br>      v.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS and UNITED AIRLINES,<br><br>           Defendants. | CM/ECF Case<br><br>Case No. 07-CV-06219-EDL<br>The Honorable Elizabeth D. Laporte<br><br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT EVA AIRWAYS TO RESPOND TO COMPLAINT** |

WHEREAS multiple complaints have been filed in federal district courts throughout the United States by plaintiffs to bring class action lawsuits on behalf of purchasers of passenger air transportation services containing transpacific flight segments;

WHEREAS a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer these cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. 1407, and the hearing regarding that motion is set for January 30, 2008;

WHEREAS both parties agree that an orderly schedule for responding to the pleadings would be more efficient for all parties and the Court;

Pursuant to Local Rule 6-1(a), Defendant EVA Airways and plaintiff Mark Foy, through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that:

Defendant EVA Airways' time to answer, move or otherwise plead is enlarged until 45 days after the Judicial Panel on Multidistrict Litigation grants, denies or otherwise disposes of the pending motion. If a consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on Defendant, Defendant's time to answer, move or otherwise plead is enlarged to 45 days after such service.

This Stipulation does not constitute a waiver by EVA Airways of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 3, 2008                              KIRKLAND & ELLIS LLP

                                                    By:    /s/ Christopher T. Casamassima

                                                    KIRKLAND & ELLIS LLP
                                                    777 South Figueroa Street
                                                    Los Angeles, California 90017-5800
                                                    Telephone: (213) 680-8400
                                                    Facsimile: (213) 680 8500
                                                    Email: ccasamassima@kirkland.com

                                                    *Counsel for Defendant EVA Airways*


Dated: January 3, 2008                              GIRARD GIBBS LLP

                                                    By:    *Aaron M. Sheanin (by authorization)*

                                                    GIRARD GIBBS LLP
                                                    601 California Street, 14th Floor
                                                    San Francisco, CA 94104
                                                    Telephone: (415) 981-4800
                                                    Facsimile: (415) 981-4846

                                                    *Counsel for the Plaintiff*