Daniel C. Girard (CA Bar No. 114826); dcg@girardgibbs.com
Elizabeth C. Pritzker (CA Bar No. 146267); ecp@girardgibbs.com
Aaron M. Sheanin (CA Bar No. 214472); ams@girardgibbs.com
Steven G. Tidrick (State Bar No. 224760); sgt@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff Mark Foy

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK FOY**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, THAI AIRWAYS and UNITED AIR LINES**,<br><br>Defendants. | Case No. 07-CV-06219-EDL<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**<br><br>The Honorable Elizabeth D. Laporte |

1   Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and
2   Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3   1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff
4   Mark Foy ("Plaintiff") and defendants Japan Airlines International and Cathay Pacific Airways
5   Ltd. (collectively, "Defendants"), through counsel, hereby stipulate and agree as follows:

6   IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move
7   or otherwise plead is enlarged until the later of: (1) the date when the Defendants would
8   otherwise be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2)
9   45 days after the JPML grants, denies, or otherwise disposes of the pending motion.  If a
10  consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on
11  Defendants, Defendants' time to answer, move, or otherwise plead is enlarged until 45 days after
12  such service.

13  IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept
14  service on behalf of the Defendants of the summons and complaints in the above-captioned
15  matter, including any amended or consolidated complaints, and further, that such Defendants
16  shall not contest sufficiency of process or service of process.  This Stipulation does not constitute
17  a waiver of any other defense including, but not limited to, the defenses of lack of personal or
18  subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate any
19  Defendant to answer, move, or otherwise respond to any complaint until the time provided in the
20  preceding paragraph.  The above notwithstanding, should any Defendant, except pursuant to
21  court order, respond to any complaint in a related matter filed in another United States District
22  Court prior to the date contemplated by this stipulation, then such Defendant shall make a
23  simultaneous response to the complaint in the above-captioned matter.
24  //
25  //
26  //
27  //
28
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 07-CV-06219-EDL

1     IT IS SO STIPULATED.

2

3     Respectfully Submitted,

4

5 Dated: January 4, 2008           **GIRARD GIBBS LLP**

6                               */s/ Aaron M. Sheanin*
                              Aaron M. Sheanin

7

8                             Daniel C. Girard
                            Elizabeth C. Pritzker

9                             Steven G. Tidrick
                            601 California Street, 14th Floor

10                            San Francisco, CA 94104
                            Telephone: (415) 981-4800

11                            Facsimile: (415) 981-4846

12

13                            Attorneys for Individual and Representative
                           Plaintiff Mark Foy

14

15 Dated: January 4, 2008           **STEPTOE & JOHNSON, LLP**

16                            */s/ William Karas (with authorization)*
                              William Karas

17

18                            Olga Vaytsman
                            1330 Connecticut Avenue, N.W.

19                            Washington, D.C. 20036
                            (202) 429-3000 (telephone)

20                            (202) 429-3902 (facsimile)

21                            Attorneys for Defendant Japan Airlines
                           International Co., Ltd.

22

23

24 Dated: January 4, 2008           **DLA PIPER LLP**

25                            */s/ Danielle S. Fitzpatrick (with authorization)*
                              Danielle S. Fitzpatrick

26

1
2
3

701 Fifth Avenue, Suite 7000
Seattle, Washington 98104-7044
Telephone:  (206) 839-4876
Facsimile:  (206) 494-1798

4

Attorneys for Defendant Cathay Pacific Airways Ltd.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS
Case No. 07-CV-06219-EDL

1 **ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3    IT IS FURTHER ORDERED THAT, to conserve party and judicial resources, and in
4 light of the proceedings currently pending before the JPML to consolidate and transfer all
5 pending Pacific Air Transportation Cases to one Court, this extension is available to any
6 defendant that provides written notice to Plaintiff's counsel of its intention to join this extension,
7 without further stipulation with Plaintiff's counsel.

8
9 Dated: January ___, 2008                          _____
                                                     Honorable Elizabeth D. Laporte
10                                                   Judge of the United States District Court