| Attorney or Party without Attorney:<br>Aaron M. Sheanin (CSB# 214472)<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94104<br>Attorney for: Individual and Representative Plaintiff Mark Foy | Telephone<br>(415) 981-4800 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Mark Foy, et al v. Air New Zealand, et al | | |
| PROOF OF SERVICE | | Case Number: CV 07 06219 EDL |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Cathay Pacific Airways
   b. Person Served: Alan K.L. Wong, Registered Agent for Service of Process

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: December 17, 2007
   (2) TIME: 9:45am
   (3) ADDRESS: Cathay Pacific Airways
              360 Post Street, Suite 300
              San Francisco, CA

4. Witness fees were not demanded or paid.

Fee for Service: $50.00

Person Serving: Kelly Alexander
Registered California Process Server
County: San Francisco   Registration #: 1037

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: December 17, 2007   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. CV 07 6219 EDL

1. SUMMONS IN A CIVIL CASE;
2. CLASS ACTION COMPLAINT;
3. CIVIL COVER SHEET;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
6. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
7. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
8. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
9. STANDING ORDER FOR UNITED STATES MIAGISTRATE JUDGE ELIZABETH D. LAPORTE;
10. ECF REGISTRATION INFORMATION HANDOUT;
11. ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE;
12. UNITED STATES DISTRICT COURT FILING GUIDELINES;
13. DROP BOX FILING PROCEEDURES