Daniel C. Girard (CA Bar No. 114826);
Elizabeth Pritzker (CA Bar No. 146267);
Aaron M. Sheanin (CA Bar No. 214472);
Steven G. Tidrick (CA Bar No. 224760);
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorney for Plaintiff Mark Foy*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK FOY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | Case No. CV-07-6219 (EDL)<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT ALL NIPPON AIRWAYS CO., LTD. TO RESPOND TO COMPLAINT** |

1   WHEREAS the undersigned plaintiff has filed the above-captioned case;

2   WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of
3   passenger air transportation services containing transpacific flight segments;

4   WHEREAS multiple complaints have been filed to date in federal district courts
5   throughout the United States by plaintiffs purporting to bring class actions on behalf of
6   purchasers of passenger air transportation services containing transpacific flight segments
7   (collectively "the Transpacific Air Passenger cases");

8   WHEREAS, a motion is pending before the Judicial Panel on Multidistrict
9   Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for
10  coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

11  WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended
12  Complaint in the Transpacific Air Passenger cases;

13  WHEREAS plaintiff and All Nippon Airways Co., Ltd. have agreed that an orderly
14  schedule for any response to the pleadings in the Transpacific Air Passenger cases would
15  be more efficient for the parties and for the Court;

16  PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT ALL
17  NIPPON AIRWAYS CO., LTD., BY AND THROUGH THEIR RESPECTIVE
18  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

19  1.   The deadline for All Nippon Airways Co., Ltd. to answer, move, or
20  otherwise respond to plaintiff's Complaint shall be extended until forty-five days after the
21  filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or
22  such other times as the parties may jointly agree to in writing.

23  2.   This Stipulation does not constitute a waiver by All Nippon Airways Co.,
24  Ltd., of any defense, including but not limited to the defenses of lack of personal
25  jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service
26  of process.

27

28  ///

99948.2

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

1  IT IS SO STIPULATED.

2

3  DATED: January 16, 2008          By:    /s/ Aaron M. Sheanin

4
                                           Daniel C. Girard (CA Bar No. 114826);
5                                          Elizabeth Pritzker (CA Bar No. 14267);
                                           Aaron M. Sheanin (CA Bar No. 214472);
6                                          Steven G. Tidrick (CA Bar No. 224760);
                                           GIRARD GIBBS LLP
7                                          601 California Street, 14th Floor
                                           San Francisco, California 94104
8                                          Telephone: (415) 981-4800
                                           Facsimile: (415) 981-4846
9

10
                                           *Attorneys for Plaintiff Mark Foy*
11

12

13
    DATED: January 16, 2008          By:    /s/ Yang Chen
14

15                                         Yang Chen
                                           CONSTANTINE CANNON
16                                         450 Lexington Avenue
                                           New York, NY 10017
17                                         Telephone:  (212) 350-2700
                                           Facsimile:   (212) 350-2701
18

19
                                           *Attorneys for Defendant All Nippon*
20                                         *Airways Co., Ltd.*

21

22

23

24

25

26

27

28