1 | Daniel C. Girard (CA Bar No. 114826)
2 | Elizabeth Pritzker (CA Bar No. 146267)
  | Aaron M. Sheanin (CA Bar No. 214472)
3 | Steven G. Tidrick (CA Bar No. 224760)
  | **GIRARD GIBBS LLP**
4 | 601 California Street, 14th Floor
5 | San Francisco, California 94104
  | Telephone: (415) 981-4800
6 | Facsimile: (415) 981-4846

7 | *Attorneys for Plaintiff Mark Foy*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK FOY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | Case No. CV-07-6219 (EDL)<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT THAI AIRWAYS INTERNATIONAL PUBLIC COMOPANY LIMITED TO RESPOND TO COMPLAINT** |

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations by defendant airlines in the sale of
3  passenger air transportation services containing transpacific flight segments;

4  WHEREAS multiple complaints have been filed to date in federal district courts
5  throughout the United States by plaintiffs purporting to bring class actions on behalf of
6  purchasers of passenger air transportation services containing transpacific flight segments
7  (collectively "the Transpacific Air Passenger cases");

8  WHEREAS, a motion is pending before the Judicial Panel on Multidistrict
9  Litigation to transfer the Transpacific Air Passenger cases to this jurisdiction for
10  coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

11  WHEREAS plaintiff anticipates the possibility of filing a Consolidated Amended
12  Complaint in the Transpacific Air Passenger cases;

13  WHEREAS plaintiff and Thai Airways International Public Company Limited have
14  agreed that an orderly schedule for any response to the pleadings in the Transpacific Air
15  Passenger cases would be more efficient for the parties and for the Court;

16  PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT THAI
17  AIRWAYS INTERNATIONAL PUBLIC COMPANY LIMITED, BY AND THROUGH
18  THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS
19  FOLLOWS:

20  1.  The deadline for Thai Airways International Public Company Limited to
21  answer, move, or otherwise respond to plaintiff's Complaint shall be extended until forty-
22  five days after the filing of a Consolidated Amended Complaint in the Transpacific Air
23  Passenger cases, or such other times as the parties may jointly agree to in writing.

24  2.  This Stipulation does not constitute a waiver by Thai Airways International
25  Public Company Limited of any defense, including but not limited to the defenses of lack
26  of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process
27  or service of process.

28

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT THAI AIRWAYS INTERNATIONAL
PUBLIC COMPLANY LIMITEDTO RESPOND TO COMPLAINT**

1     IT IS SO STIPULATED.

2

3 DATED: January 23, 2008      By:      */s/ Aaron M. Sheanin*

4                                     Daniel C. Girard
Elizabeth Pritzker
Aaron M. Sheanin
Steven G. Tidrick
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Mark Foy*

DATED: January 23, 2008      By:      */s/ Mark S. Priver (by permission)*

Mark S. Priver
**OHASHI & PRIVER**
140 South Lake Ave., Suite 208
Pasadena, California 91101
Telephone: (626) 584-1107
Facsimile: (626) 584-3636

*Attorneys for Defendant Thai Airways International Public Company Limited*