Daniel C. Girard (CA Bar No. 114826)
Elizabeth Pritzker (CA Bar No. 146267)
Aaron M. Sheanin (CA Bar No. 214472)
Steven G. Tidrick (CA Bar No. 224760)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorney for Plaintiff Mark Foy*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK FOY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,<br><br>Defendants. | Case No. CV-07-6219 (EDL)<br><br>MDL No. 1913<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES** |

1 | Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mark Foy hereby dismisses all claims made in the above-captioned action, without prejudice, against named defendant Northwest Airlines.

DATED: February 11, 2008

**GIRARD GIBBS LLP**

/s/ Aaron M. Sheanin

Daniel C. Girard
Elizabeth Pritzker
Steven G. Tidrick
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Mark Foy*

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES**
Case No. CV-07-6219 (EDL); MDL No. 1913