# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD WORTMAN, WILLIAM ADAMS, MARGRET GARCIA, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIR NEW ZEALAND LTD.; ALL NIPPON AIRWAYS CO. LTD; CHINA AIRLINES, LTD.; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL CO. LTD.; MALAYSIA AIRLINE SYSTEM BERHAD; QANTAS AIRWAYS, LTD.; SINGAPORE AIRLINES, LTD.; and THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LTD.,<br><br>Defendants, | Case No. CV-07-5634 (CRB)<br><br>MDL No. 1913<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF MARK FOY'S ADMINISTRATIVE MOTION TO RELATE CASES |
| This Document Relates to:<br><br>*Mark Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL) | |

1  On February 20, 2008, Plaintiff in *Mark Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL), filed an Administrative Motion to Relate Cases pursuant to Local Rule 3-12.  The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *Mark Foy v. Air New Zealand, et al.*, Case No. CV-07-6219 (EDL), is hereby related to *Donald Wortman, et al. v. Air New Zealand Ltd., et al.*, Case No. CV-07-5634 (CRB).

*Mark Foy v. Air New Zealand, et al.* shall be reassigned to the undersigned judge pursuant to Local Rule 3-12(f).

Dated: February 22, 2008                    _____
The Honorable Charles R. Breyer
United States District Judge



**[PROPOSED] ORDER GRANTING PLAINTIFF MARK FOY'S ADMINISTRATIVE MOTION TO RELATE CASES**
**Case No. CV-07-5634 (CRB); Case No. CV-07-6219 (EDL)**